## UNITED STATES DISTRICT COURT OF INDIANA
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation, as subrogee of Randall W. and Dorothy S. Sencaj and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, as subrogee of Randall W. and Dorothy S. Sencaj, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2022-cv-00342 |
| TESLA, INC., formerly known as Tesla Motors, Inc., a Delaware Corporation, | ) ) ) | JURY DEMAND |
| Defendant. | ) ) ) | |

## PLAINTIFFS' PRELIMINARY WITNESS LIST

Plaintiffs STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of Randall W. and Dorothy S. Sencaj and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Randall W. and Dorothy S. Sencaj (hereinafter collectively referred to as "STATE FARM"), by its attorneys, Grotefeld, Hoffmann, Gordon, Ochoa & Evinger, LLP and herein submits its preliminary witness list:

## WITNESSES

1. Stacy Walters
   Michael Schliesmann
   Scott Freeman
   Selvi Qalliaj
   Beth Schel
   Keith Weisner
   Brett Winkel
   Ester Arth

State Farm Fire and Casualty Company c/o Brad Gordon
Grotefeld, Hoffman, Gordon, Ochoa, & Evinger, LLP
311 South Wacker Drive, Ste. 1500
Chicago, IL 60606

Upon information and belief, these individuals will have information regarding the damages sustained to the home, contents, and additional living expenses, as well as the policy of insurance provided to the Sencaj family.

2.    Jewel Kinney
      Susan Baker
      Donn Williams
      State Farm Mutual Automobile Insurance Company c/o Brad Gordon
      Grotefeld, Hoffman, Gordon, Ochoa, & Evinger, LLP
      311 South Wacker Drive, Ste. 1500
      Chicago, IL 60606

      Upon information and belief, these individuals will have information regarding the damages sustained by the vehicles, as well as the policy of insurance provided to the Sencaj family covering the vehicles.

3.    Randall W. and Dorothy S. Sencaj
      10730 Torrey Pines Cir
      Carmel, IN 46032

      Upon information and belief, the Sencaj's will have information regarding subject vehicles, home, and contents, as well as the use and operation of the items within the home and their vehicles in addition to the facts and circumstances surrounding the fire.

4.    John F. Sencaj
      Michael Sencaj
      10730 Torrey Pines Cir
      Carmel, IN 46032

      Upon information and belief, the Sencaj's will have information regarding subject vehicles, home, and contents, as well as the use and operation of the items within the home and their vehicles in addition to the facts and circumstances surrounding the fire.

5.    Michael Papageorge
      Colwell Consulting
      8777 N Gainey Center Dr.
      Scottsdale, AZ 85258

Upon information and belief, Mr. Papageorge will have knowledge regarding the inspection of the fire scene and the origin and cause of the fire.

6.      Representatives of Subaru of America
        One Subaru Drive
        Camden, NJ 08103

        Upon information and belief, these individuals will have knowledge regarding the inspection of the fire scene and the origin and cause of the fire, as well as the design and manufacture of the two Subaru vehicles located in the Sencaj garage at the time of the fire.

7.      Aaron S. Butcher
        SEA Limited
        4665 Allen Road, Suite A
        Stow, OH 44224

        Upon information and belief, Mr. Butcher will have knowledge regarding the inspection of the fire scene and the origin and cause of the fire.

8.      Representatives of Defendant Tesla, Inc. by and through their retained counsel Bowman and Brooke, LLP

        Upon information and belief, these representatives will have knowledge regarding the design, manufacture, service, and warranty related to the subject Tesla vehicle, as well as the charging system and characteristics of the battery system of the electric vehicle.

9.      Lori Hagan
        Total Restoration
        7002 Brookville Road
        Indianapolis, IN 46239

        Upon information and belief, representative(s) of Total Restoration have knowledge regarding the remediation efforts at the Sencaj home.

10.     Tiffany Hite
        Art of Indiana
        11730 Church Street Suite 100
        Indianapolis, IN 46236

        Upon information and belief, representative(s) of Art of Indiana have knowledge regarding the remediation efforts at the Sencaj home, specifically related to the home's artwork.

3

11.   Electronic Restoration Services
      11730 Church Street Suite 100
      Indianapolis, IN 46236

      Upon information and belief, representative(s) of Electronic Restoration
      Services have knowledge regarding the remediation efforts at the Sencaj
      home specifically related to cleaning and repairs of electrical items within
      the home.

12.   Melissa Dwinnels
      ALE Solutions
      29854 Network Place
      Chicago, IL 60673

      Upon information and belief, representative(s) of ALE Solutions have
      knowledge regarding the additional living costs as they related to housing.

13.   Vincent Schneider
      Kilns and Systems, Inc
      4217 West 131st Street
      Westfield, IN 46074

      Upon information and belief, representative(s) of Kilns and Systems have
      knowledge regarding the remediation efforts at the Sencaj home
      specifically as they related to repairs and/or cleaning of firearms.

14.   Burries Electric

      Upon information and belief, representative(s) of Burries Electri have
      knowledge regarding the remediation efforts at the Sencaj home relate to
      the electrical repairs within the home.

15.   Second Chance
      600 Tracy Road
      Whiteland, IN 46184

      Upon information and belief, representative(s) of Second Chance have
      knowledge regarding the remediation efforts at the Sencaj home related to
      wood refinishing.

16.   John C. Anello
      Tri-State Water, Power & Air
      1220 S West End Blvd
      Cape Girardeau, MO 63703

Upon information and belief, representative(s) of Tri-State have knowledge regarding the remediation efforts at the Sencaj home relating to certain appliances.

17. Mark French
    Central Security and Systems
    6831 East 32nd Street, Suite 100
    Indianapolis, IN 46226

    Upon information and belief, representative(s) of Central Security have knowledge regarding the remediation efforts at the Sencaj home related to the security system.

18. CRDN of Greater Indianapolis
    707 E 73rd Street
    Indianapolis, IN 46240

    Upon information and belief, representative(s) of CRDN have knowledge regarding the remediation efforts at the Sencaj home regarding the cleaning of certain contents.
    .

19. Donohoe, Vince
    Wilson, Rusty
    IAA
    Two Westbrook Corporate Center
    Westchester, IL 60154

    Upon information and belief, representative(s) of IAA have knowledge regarding the storage of the vehicles that were within the Sencaj garage subsequent to the fire.

20. David Kloss
    Shand Forensic Investigations,
    18322 State Road, Ste. 101
    Spencerville, IN 46788

    Upon information and belief, Mr. Kloss has knowledge regarding the investigation of the home and the overall origin and cause evaluation at the Sencaj home.

21. Scott A. Jones
    Engineering Investigation, LLC
    New Albany, IN

    Upon information and belief, Mr. Jones has knowledge regarding the evaluation of potential ignition sources within the home.

22.   Jose Escalante
      TM Claims Service, Inc.

      Upon information and belief, representative(s) of TM Claims have
      knowledge regarding the investigation on behalf of Subaru.

23.   Chief David Haboush
      Fire Marshall Lucas Roy
      Representatives of the Carmel Fire Department
      10701 N College Ave, Suite A
      Carmel, IN 46280

      Upon information and belief, representative(s) of the Carmel Fire
      Department have knowledge regarding the fire suppression efforts and
      investigation completed at the Sencaj home.

24.   Meaghan Roche
      Helmsman Management Services
      Ag1 East Team 3
      Boston, MA

      Upon information and belief, representative(s) of Helmsman Management
      have knowledge regarding the investigation on behalf of Tesla

25.   David B. Wallace
      Patrick J. McGinley Associates, Inc.
      P.O. Box 358
      Lafayette Hill, PA 19444

      Upon information and belief, Mr. Wallace has knowledge regarding the
      origin and cause investigation at the Sencaj home.

26.   Any individuals identified in Initial Rule 26 disclosures by Defendant in
      this case.

State Farm reserves the right to supplement this disclosure upon the discovery of
additional information.

                           Respectfully submitted,

                           STATE FARM FIRE AND CASUALTY
                           COMPANY and STATE FARM MUTUAL
                           AUTOMOBILE INSURANCE COMPANY

                           By:  /s/ *Brad M. Gordon*_____

Brad M. Gordon (21913-45)
GROTEFELD, HOFFMANN, GORDON, OCHOA & EVINGER, LLP
311 South Wacker Drive, Suite 1500
Chicago, Illinois 60606
Telephone: (312) 551-0200
Facsimile: (312) 601-2402
bgordon@ghlaw-llp.com

## CERTIFICATE OF SERVICE

I, Brad M. Gordon, hereby certify on June 17, 2022 I filed the foregoing via the CM/ECF, which will send notification to all counsel of record.

/s/*Brad M. Gordon*