# UNITED STATES DISTICT COURT OF INDIANA
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation, as subrogee of Randall W. and Dorothy S. Sencaj and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, as subrogee of Randall W. and Dorothy S. Sencaj, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC., formerly known as Tesla Motors, Inc., a Delaware Corporation, <br><br> Defendant. | Case No. 2022-cv-00342-SEB-MJD <br><br> JURY DEMAND |

## PLAINTIFFS' PRELIMINARY EXHIBIT LIST

Plaintiffs STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of Randall W. and Dorothy S. Sencaj and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Randall W. and Dorothy S. Sencaj (hereinafter collectively referred to as "STATE FARM"), by its attorneys, Grotefeld, Hoffmann, Gordon, Ochoa & Evinger, LLP and herein submits its preliminary exhibit list:

### EXHIBITS

1. Carmel Fire Department report and associated paperwork
2. Claims photographs of the subject 2016 Tesla Model S
3. Photographs taken by Mr. Jones
4. Photographs taken by Mr. Shand
5. Non-privileged portions of the State Farm claim file

6. Owner's Manual for 2016 Tesla Model S

7. All data collected by Tesla from the electronic monitoring of the subject 2016 Tesla Model S

8. Blueprints and specifications of the 2016 Tesla Model S, including but not limited to the electrical system and charging

9. Any and all newspaper articles available online or in print

State Farm reserves the right to disclose additional exhibits as discovery is just beginning.

Respectfully submitted,

STATE FARM FIRE AND CASUALTY COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

By: /s/*Brad M. Gordon*

Brad M. Gordon (21913-45)
GROTEFELD, HOFFMANN, GORDON, OCHOA & EVINGER, LLP
311 South Wacker Drive, Suite 1500
Chicago, Illinois 60606
Telephone: (312) 551-0200
Facsimile: (312) 601-2402
bgordon@ghlaw-llp.com

## CERTIFICATE OF SERVICE

I, Brad M. Gordon, hereby certify on June 17, 2022 I filed the foregoing via the CM/ECF, which will send notification to all counsel of record.

/s/*Brad M. Gordon*