**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation, as subrogee of Randall W. and Dorothy S. Sencaj and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, as subrogee of Randall W. and Dorothy S. Sencaj, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:22-cv-00342-SEB-MJD |
| TESLA, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |

## <u>TESLA, INC.'S PRELIMINARY EXHIBIT LIST</u>

Defendant, Tesla, Inc. ("Tesla"), pursuant to the Case Management Plan entered on May 12, 2022 [Dkt. 17] and Amended and Entered on May 20, 2022 [Dkt. 21], hereby files its Preliminary Exhibit List.

| NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| A | Videos provided by Carmel Police Department of Residence Fire at 10730 Torrey Pines Circle, Carmel, IN 46032. |
| B | Photograph Compilation and reports provided by Carmel Fire Department of Residence Fire at 10730 Torrey Pines Circle, Carmel, IN 46032. |
| C | Correspondence between Plaintiffs or its representatives and Defendant or its representatives re Loss Event at 10730 Torrey Pines Circle, Carmel, IN 46032. |
| D | Photographs of the scene or the subject vehicles taken by any person. |
| E | 2016 Tesla Motor Vehicle Purchase Agreement and associated vehicle purchase, registration, and title application documents. |
| F | 2016 Application for Certificate of Title to a Motor Vehicle. |
| G | Plaintiffs' entire claim file related to the insured's vehicles and this loss. |
| H | Plaintiffs' entire claim file related to the insured's real and personal property and this loss. |
| I | State Farm Indiana Insurance Card for Insured Dorothy Sencaj, Police No. 648 4196-C06-14L. |

| NO. | DESCRIPTION OF EXHIBIT |
|-----|------------------------|
| J | Tesla Service Visit and Repair Order Records for the subject vehicle. |
| K | A representative copy of the Owner's Manual for the subject 2016 Tesla Model S at the time of the fire. |
| L | A copy of the Emergency Response Guide for the 2016 Tesla Model S. |
| M | Photographs and other digital media (e.g., digitized survey, modeling) of an exemplar 2016 Tesla Model S. |
| N | Any and all deposition transcripts. |
| O | Any and all newspaper articles available online or in print concerning the subject incident. |
| P | Any and all Exhibits used by Plaintiffs. |
| Q | Any Expert Reports and Opinions of this matter. |

Tesla respectfully reserves the right to amend and/or supplement this Preliminary Exhibit List as discovery has not yet been completed.

Dated: June 24, 2022

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By:   */s/ Matthew G. Berard*
      Matthew G. Berard (#31824-49)
      Thomas N. Lurie (*Pro Hac Vice*)
      41000 Woodward Avenue, Suite 200 East
      Bloomfield Hills, MI 48304
      Telephone: 248.205.3300
      Facsimile: 248.205.3399
      matthew.berard@bowmanandbrooke.com
      thomas.lurie@bowmanandbrooke.com

      ***Counsel for Tesla, Inc.***

## CERTIFICATE OF SERVICE

I certify that on June 24, 2022, I electronically filed the foregoing Tesla, Inc.'s Preliminary Trial Exhibit List with the Clerk of the Court using the Court's electronic filing system, which caused all participants and counsel of record be served.

**BOWMAN AND BROOKE LLP**

By:   */s/ Matthew G. Berard*
Matthew G. Berard (#31824-49)
Thomas N. Lurie (*Pro Hac Vice*)
41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
Telephone: 248.205.3300
Facsimile: 248.205.3399
matthew.berard@bowmanandbrooke.com
thomas.lurie@bowmanandbrooke.com

*Counsel for Tesla, Inc.*

3