UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, <br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC., formerly known as Tesla Motors, Inc., <br><br> Defendant. | No. 1:22-cv-00342-SEB-MJD |

**The Honorable Sarah Evans Barker, Judge**
**Entry for June 24, 2022**

This cause is hereby ASSIGNED for final pretrial conference on Tuesday, June 27, 2023, at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana and for jury trial on Monday, July 17, 2023, at 9:30 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

Matthew G. Berard
BOWMAN AND BROOKE LLP
matthew.berard@bowmanandbrooke.com

Brad Mitchell Gordon
GROTEFELD & HOFFMANN LLP
bgordon@ghlaw-llp.com

Thomas Lurie, Jr
Bowman and Brooke LLP
thomas.lurie@bowmanandbrooke.com