UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 1:22-cv-00342-SEB-MJD<br>) |
| TESLA, INC., formerly known as Tesla Motors, Inc., | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**ORDER**

This matter comes before the Court on the parties' Joint Motion to Excuse Presence of Corporate Officers at Settlement Conference. [Dkt. 22.] The motion requests leave for client representatives to represent Plaintiffs State Farm Fire and Casualty Company and State Farm Mutual Automobile Insurance Company, as well as Defendant Tesla, Inc. at the November 10, 2022 settlement conference.  The Court neither mandates nor approves a particular individual to represent a corporate party at a settlement conference; rather, the parties are required to be represented by an individual who possesses the settlement authority required by the Court's order scheduling the settlement conference.  [*See* Dkt. 20 at 1-2 & n.1.]

The thrust of the parties' motion is to obtain relief from the Court's requirement that "unless excused by written order of the court,…an officer (President, Vice President, Treasurer, Secretary, CFO, CEO or COO) of every corporate entity that is a party, shall attend the settlement conference." [Dkt. 20 at 2.]  That motion is **GRANTED IN PART** and **DENIED IN PART**.  Plaintiffs State Farm Fire and Casualty Company and State Farm Mutual Automobile Insurance Company, and Defendant Tesla, Inc. are excused from having officers of the

respective corporations present for the settlement conference, so long as the following conditions are satisfied:  (1) Plaintiffs must be represented at the settlement conference by an individual or individuals, other than their counsel of record in this case, with the complete, independent and discretionary authority to settle the case, in the representative's sole discretion, as required by the Court's order setting the settlement conference [Dkt. 20 at 1-2 & n.1], and Defendant must be represented at the settlement conference by an individual or individuals, other than its counsel of record in this case, with the complete, independent and discretionary authority to settle the case, in the representative's sole discretion, for an amount up to the Plaintiffs' most recent settlement demand, as required by the Court's order setting the settlement conference, [Dkt. 20 at 1-2 & n.1]; (2) individuals must be present for the settlement conference with the authority to execute any and all settlement documents on behalf of Plaintiffs and Defendant, which individuals may be the parties' counsel of record; and (3) a corporate officer of Plaintiffs State Farm Fire and Casualty Company and State Farm Mutual Automobile Insurance Company, and a corporate officer of Defendant Tesla, Inc. must all be available by telephone during the course of the settlement conference in the event their participation in the conference is deemed necessary by the Magistrate Judge.  In the event Plaintiffs State Farm Fire and Casualty Company and State Farm Mutual Automobile Insurance Company, and Defendant Tesla, Inc. cannot or will not comply with the above stated conditions, then the parties' motion is denied.

     SO ORDERED.

Dated:  22 SEP 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.