UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:22-cv-00342-SEB-MJD ) |
| TESLA, INC., formerly known as Tesla Motors, Inc., | ) ) ) ) |
| Defendant. | ) |

**AMENDED SCHEDULING ORDER (LOCATION ONLY)**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

The Settlement Conference currently set for **Thursday, November 10, 2022 at 1:00 p.m. (Eastern)**, in Room 257, **will instead take place in Room 277**, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. **This is a location change only**. All other requirements of the Court's Order scheduling the conference [Dkt. 20] remain in effect.

SO ORDERED.

Dated:  25 OCT 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.