UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 1:22-cv-00342-SEB-MJD |
| TESLA, INC., formerly known as Tesla Motors, Inc., | ) ) ) ) |
| Defendant. | ) ) |

**ORDER DIRECTING FILING OF DOCUMENTS AUTHORIZING DISMISSAL**

The Court has been advised by counsel that a resolution has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

**On or before November 18, 2022**, counsel for the parties shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties).  Additional time to complete the execution of the necessary documents may be granted for good cause shown, if requested in writing before expiration of this period.

SO ORDERED.

Dated:   9 NOV 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.